```
 1  Mark D. Brutzkus, SBN 128102
    Luis A. Garcia, SBN 146876
 2  Michael W. Hicks, SBN 182783
    EZRA | BRUTZKUS | GUBNER LLP
 3  21650 Oxnard Street, Suite 500
    Woodland Hills, California 91367-4911
 4  Telephone: 818-827-9000
    Facsimile:  818-827-9099
 5  E-mail:    mbrutzkus@ebg-law.com
               lgarcia@ebg-law.com
 6             mhicks@ebg-law.com

 7  Attorneys for Defendants
    FOREVER 21, INC., FOREVER 21
 8  RETAIL, INC., FASHION 21
    MERCHANDIZING CORPORATION,
 9  FOREVER 21 CAPITAL HOLDINGS,
    FOREVER 21 INVESTMENTS, LLC,
10  FOREVER 21 LOGISTICS, LLC,
    FOREVER 21 INTERNATIONAL
11  HOLDINGS, INC., LONDON EYES
    CORPORATION and UNICOLORS, INC.
12
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
MAY 29 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M M P, INC., a California corporation, d.b.a. FABRICS & FABRICS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FOREVER 21, INC., a California corporation, FOREVER 21 RETAIL, INC., a California corporation, FASHION 21 MERCHANDIZING CORPORATION, a California corporation, FOREVER 21 CAPITAL HOLDINGS, a California corporation, FOREVER 21 INVESTMENTS, LLC, a California corporation, FOREVER 21 LOGISTICS, LLC, a Delaware corporation, FOREVER 21 INTERNATONAL HOLDINGS, INC., a Delaware corporation, LONDON EYES CORPORATION, a California corporation, and UNICOLORS, INC., a California corporation<br><br>　　　　Defendants. | [Assigned to Hon. Gary A. Feess]<br><br>CASE NO. CV07-00696 GAF(PLAx)<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE; AND ORDER**<br><br>[U.S.D.C. Central District, Local Rules 7.1 and 52-9] |

DOCKETED ON CM
JUN - 1 2007
BY _____  004

1
STIPULATION TO CONTINUE SCHEDULING CONFERENCE

1  **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff
2  M.M.P, INC., a California corporation ("Plaintiff"), through its attorneys of record,
3  Roylance, Abrams, Berdo & Goodman L.L.P., and defendants FOREVER 21,
4  INC., FOREVER 21 RETAIL, INC., FASHION 21 MERCHANDIZING
5  CORPORATION, FOREVER 21 CAPITAL HOLDINGS, FOREVER 21
6  INVESTMENTS, LLC, FOREVER 21 LOGISTICS, LLC and FOREVER 21
7  INTERNATIONAL HOLDINGS, INC., LONDON EYES CORPORATION and
8  UNICOLORS, INC. (hereafter collectively referred to as the "Defendants"),
9  through their of attorney of record, Ezra|Brutzkus|Gubner LLP, that pursuant to
10 United States District Court, Central District of California, Local Rules 7-1 and 52-
11 9, the parties stipulate and agree that the Scheduling Conference presently set for
12 June 18, 2007, shall be continued until July 23, 2007, or a date convenient to the
13 court's calendar.

14     Good cause exists to continue the Scheduling Conference. The parties have
15 agreed to conduct a voluntary mediation before Hon. Venetta Tassopulos on June
16 28, 2007. To facilitate the mediation, the parties have agreed to stay all discovery
17 until after July 5, 2007, so as not to incur additional legal expenses and for the
18 mutual benefit of all parties. The parties have prepared and served on each other
19 their initial disclosures required under Rule 26(a) of the Federal Rules of Civil
20 Procedure (28 U.S.C.).

21
22 Dated: May 25 2007　　　　　　　　　　ROYLANCE ABRAMS BERDO
　　　　　　　　　　　　　　　　　　　　　& GOODMAN LLP
23
24 　　　　　　　　　　　　　　　　　　By: _Megan E. Gray_ /s/
　　　　　　　　　　　　　　　　　　　　MEGAN E. GRAY
25 　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff **M.M.P., INC.**

26 ////
27 ////
28 　　　　　　　　　　[Signatures continue on next page.]

| | |
|---|---|
| Dated: May 25, 2007 | EZRA \| BRUTZKUS \| GUBNER LLP<br><br>By: _/s/ Mark D. Brutzkus_<br>MARK D. BRUTZKUS<br>LUIS A. GARCIA<br>MICHAEL W. HICKS<br>Attorneys for Defendants<br>FOREVER 21, INC., FOREVER 21 RETAIL, INC., FASHION 21 MERCHANDIZING CORPORATION, FOREVER 21 CAPITAL HOLDINGS, FOREVER 21 INVESTMENTS, LLC, FOREVER 21 LOGISTICS, LLC, FOREVER 21 INTERNATIONAL HOLDINGS, INC., LONDON EYES CORPORATION and UNICOLORS, INC. |

## **ORDER**

Good Causes appearing.

**IT IS HERBY ORDERED** that the Scheduling Conference set for June 18, 2007 shall be continue to July 23, 2007.

Dated: 5/30/07

_/s/ Gary Allen Feess_
HON. GARY ALLEN FEESS
UNITED STATES DISTRICT COURT

---

3

STIPULATION TO CONTINUE SCHEDULING CONFERENCE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Ezra, Brutzkus & Gubner, located at 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367-4911, Telephone: (818) 827-9000, Facsimile: (818) 827-9099.

On May 29, 2007, I served the foregoing document described as **STIPULATION TO CONTINUE SCHEDULING CONFERENCE; AND ORDER** on the interested parties in said action, as follows:

    Megan E. Gray
    ROYLANCE, ABRAMS, BERDO & GOODMAN, LLP
    1300 19th Street NW, Suite 600
    Washington, DC  20036

☒ (By Mail) I caused such envelope with postage thereon, fully prepaid, to be placed in the United States mail. Executed on May 29, 2007, at Woodland Hills, California.

☐ (By Facsimile) I caused said document to be sent via facsimile. Executed on _____, 2007, at Woodland Hills, California.

☐ (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee. Executed _____, at Encino, California.

☐ (By Federal Express/Express Mail) I caused said document to be sent via Federal Express / Express Mail for next business day delivery. Executed on ____, 2007, at Woodland Hills, California.

☒ (Federal) Executed this 29 day of May 2007, I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

    */s/ Janice K. Henry*
    JANICE K. HENRY

4

STIPULATION TO CONTINUE SCHEDULING CONFERENCE