

1  Mark D. Brutzkus, SBN 128102
   Luis A. Garcia, SBN 146876
2  Michael W. Hicks, SBN 182783
   EZRA | BRUTZKUS | GUBNER LLP
3  21650 Oxnard Street, Suite 500
   Woodland Hills, California 91367-4911
4  Telephone: 818-827-9000
   Facsimile: 818-827-9099
5  E-mail:   mbrutzkus@ebg-law.com
             lgarcia@ebg-law.com
6            mhicks@ebg-law.com

7  Attorneys for Defendants
   FOREVER 21, INC., FOREVER 21
8  RETAIL, INC., FASHION 21
   MERCHANDIZING CORPORATION,
9  FOREVER 21 CAPITAL HOLDINGS,
   FOREVER 21 INVESTMENTS, LLC,
10 FOREVER 21 LOGISTICS, LLC,
   FOREVER 21 INTERNATIONAL
11 HOLDINGS, INC., LONDON EYES
   CORPORATION and UNICOLORS, INC.

12

13                    UNITED STATES DISTRICT COURT

14                    CENTRAL DISTRICT OF CALIFORNIA

15

16 M.M.P., INC., a California corporation,    )  [Assigned to Hon. Gary A. Feess]
   d.b.a. FABRICS & FABRICS,                  )
17                                            )  CASE NO. CV07-00696 GAF(PLAx)
                       Plaintiff,             )
18          vs.                               )  **STIPULATION TO TAKE OFF**
                                              )  **CALENDAR THE SCHEDULING**
19 FOREVER 21, INC., a California             )  **CONFERENCE SET FOR JULY 23,**
   corporation, FOREVER 21 RETAIL,           )  **2007; AND [PROPOSED] ORDER**
20 INC., a California corporation,            )
   FASHION 21 MERCHANDIZING                   )
21 CORPORATION, a California                  )  [U.S.D.C. Central District, Local Rules
   corporation, FOREVER 21 CAPITAL            )  7.1 and 52-9]
22 HOLDINGS, a California corporation,        )
   FOREVER 21 INVESTMENTS, LLC,               )
23 a California corporation, FOREVER 21       )
   LOGISTICS, LLC, a Delaware                 )
24 corporation, FOREVER 21                    )
   INTERNATONAL HOLDINGS, INC.,               )
25 a Delaware corporation, LONDON             )
   EYES CORPORATION, a California             )
26 corporation, and UNICOLORS, INC., a       )
   California corporation                     )
27                                            )
                       Defendants.            )
28

                                     1
        STIPULATION TO TAKE OFF CALENDAR SCHEDULING CONFERENCE

Dockets.Justia.com

1   **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff

2   M.M.P, INC., a California corporation ("Plaintiff"), through its attorneys of record,

3   Roylance, Abrams, Berdo & Goodman L.L.P., and defendants FOREVER 21,

4   INC., FOREVER 21 RETAIL, INC., FASHION 21 MERCHANDIZING

5   CORPORATION, FOREVER 21 CAPITAL HOLDINGS, FOREVER 21

6   INVESTMENTS, LLC, FOREVER 21 LOGISTICS, LLC and FOREVER 21

7   INTERNATIONAL HOLDINGS, INC., LONDON EYES CORPORATION and

8   UNICOLORS, INC. (hereafter collectively referred to as the "Defendants"),

9   through their of attorney of record, Ezra|Brutzkus|Gubner LLP, that pursuant to

10  United States District Court, Central District of California, Local Rules 7-1 and 52-

11  9, the parties stipulate and agree that the Scheduling Conference presently set for

12  July 23, 2007 be taken off calendar.

13          Good cause exists to have the Scheduling Conference taken off calendar.

14  The parties are finalizing a confidential settlement agreement that they expect will

15  result in a dismissal of the action by **July 23, 2007**.  To facilitate the settlement, the

16  parties request the court take off calendar the Scheduling Conference presently set

17  for July 23, 2007, so that the parties not incur the legal expenses in preparing the

18  joint report, required under Rule 26(a) of the Federal Rules of Civil Procedure (28

19  U.S.C.) and attending the hearing on the Scheduling Conference.

20
    Dated: July 16 2007              ROYLANCE ABRAMS BERDO
21                                    & GOODMAN LLP

22

23                                    By: _Megan E. Gray_____
24                                        MEGAN E. GRAY
                                          Attorneys for Plaintiff M.M.P., INC.
25
    ////
26
    ////
27

28                          [Signatures continue on next page.]

---
                                       2

Dated: July 16, 2007                    EZRA | BRUTZKUS | GUBNER LLP

                                        By _____
                                           MARK D. BRUTZKUS
                                           LUIS A. GARCIA
                                           MICHAEL W. HICKS
                                           Attorneys for Defendants
                                           FOREVER 21, INC., FOREVER 21
                                           RETAIL, INC., FASHION 21
                                           MERCHANDIZING
                                           CORPORATION, FOREVER 21
                                           CAPITAL HOLDINGS,
                                           FOREVER 21 INVESTMENTS,
                                           LLC, FOREVER 21 LOGISTICS,
                                           LLC, FOREVER 21
                                           INTERNATIONAL HOLDINGS,
                                           INC., LONDON EYES
                                           CORPORATION and UNICOLORS,
                                           INC.

## ORDER

Good Causes appearing, **IT IS HERBY ORDERED** that the Scheduling

Conference set for July 23, 2007 is taken off calendar.

Dated: 7/18/07                    _____
                                  HON. GARY ALLEN FEESS
                                  UNITED STATES DISTRICT COURT

---

3

STIPULATION TO TAKE OFF CALENDAR SCHEDULING CONFERENCE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Ezra, Brutzkus & Gubner, located at 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367-4911, Telephone: (818) 827-9000, Facsimile: (818) 827-9099.

On July 16, 2007, I served the foregoing document described as **STIPULATION TO TAKE OF CALENDAR THE SCHEDULING CONFERENCE SET FOR JULY 23, 2007; AND ORDER** on the interested parties in said action, as follows:

Megan E. Gray
ROYLANCE, ABRAMS, BERDO & GOODMAN, LLP
1300 19th Street NW, Suite 600
Washington, DC 20036

☒ (By Mail) I caused such envelope with postage thereon, fully prepaid, to be placed in the United States mail. Executed on July 16, 2007, at Woodland Hills, California.

☐ (By Facsimile) I caused said document to be sent via facsimile. Executed on _____, 2007, at Woodland Hills, California.

☐ (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee. Executed _____, at Encino, California.

☐ (By Federal Express/Express Mail) I caused said document to be sent via Federal Express / Express Mail for next business day delivery. Executed on ____, 2007, at Woodland Hills, California.

☒ (Federal) Executed this 16th day of July, 2007, I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

_____
JANICE K. HENRY

4

STIPULATION TO TAKE OFF CALENDAR SCHEDULING CONFERENCE