```
1  Mark D. Brutzkus, SBN 128102
   Luis A. Garcia, SBN 146876
2  Michael W. Hicks, SBN 182783
   EZRA | BRUTZKUS | GUBNER LLP
3  21650 Oxnard Street, Suite 500
   Woodland Hills, California 91367-4911
4  Telephone: 818-827-9000
   Facsimile: 818-827-9099
5  E-mail:    mbrutzkus@ebg-law.com
              lgarcia@ebg-law.com
6             mhicks@ebg-law.com

7  Attorneys for Defendants
   FOREVER 21, INC., FOREVER 21
8  RETAIL, INC., FASHION 21
   MERCHANDIZING CORPORATION,
9  FOREVER 21 CAPITAL HOLDINGS,
   FOREVER 21 INVESTMENTS, LLC,
10 FOREVER 21 LOGISTICS, LLC,
   FOREVER 21 INTERNATIONAL
11 HOLDINGS, INC., LONDON EYES
   CORPORATION and UNICOLORS, INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.P., INC., a California corporation, d.b.a. FABRICS & FABRICS,<br><br>  Plaintiff,<br><br>vs.<br><br>FOREVER 21, INC., a California corporation, etc. et al.<br><br>  Defendants. | [Assigned to Hon. Gary A. Feess]<br><br>CASE NO. CV07-00696 GAF(PLAx)<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)] |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff M.M.P, INC., a California corporation ("Plaintiff"), through its attorneys of record, Roylance, Abrams, Berdo & Goodman L.L.P., and defendants FOREVER 21,

1

STIPULATION OF DISMISSAL

INC., FOREVER 21 RETAIL, INC., FASHION 21 MERCHANDIZING CORPORATION, FOREVER 21 CAPITAL HOLDINGS, FOREVER 21 INVESTMENTS, LLC, FOREVER 21 LOGISTICS, LLC and FOREVER 21 INTERNATIONAL HOLDINGS, INC., LONDON EYES CORPORATION and UNICOLORS, INC. (hereafter collectively referred to as the "Defendants"), through their of attorney of record, Ezra|Brutzkus|Gubner LLP, that the Defendants, and each of them, are hereby dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (28 U.S.C.).

**IT IS FURTHER STIPULATED AND AGREED** that the Court shall retain jurisdiction in connection with any violation of the parties' settlement agreement.

Dated: August 14, 2007

ROYLANCE ABRAMS BERDO & GOODMAN LLP

By: _____
MEGAN E. GRAY
Attorneys for Plaintiff **M.M.P., INC.**

Dated: August 14, 2007

EZRA | BRUTZKUS | GUBNER LLP

By: _____
MARK D. BRUTZKUS
LUIS A. GARCIA
MICHAEL W. HICKS
Attorneys for Defendants
FOREVER 21, INC., FOREVER 21 RETAIL, INC., FASHION 21 MERCHANDIZING CORPORATION, FOREVER 21 CAPITAL HOLDINGS, FOREVER 21 INVESTMENTS, LLC, FOREVER 21 LOGISTICS, LLC, FOREVER 21 INTERNATIONAL HOLDINGS, INC., LONDON EYES CORPORATION and UNICOLORS, INC.

[Order on next page]

## ORDER

Good Cause having been shown and pursuant to the terms of the Stipulation of Dismissal executed by Plaintiff M.M.P, INC., a California corporation ("Plaintiff") and defendants FOREVER 21, INC., FOREVER 21 RETAIL, INC., FASHION 21 MERCHANDIZING CORPORATION, FOREVER 21 CAPITAL HOLDINGS, FOREVER 21 INVESTMENTS, LLC, FOREVER 21 LOGISTICS, LLC and FOREVER 21 INTERNATIONAL HOLDINGS, INC., LONDON EYES CORPORATION and UNICOLORS, INC. ("Defendants") through their respective counsels of record,

**IT IS SO ORDERED** that Defendants, and each of them, are hereby dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (28 U.S.C.).

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in connection with any violation of the parties' settlement agreement.

Dated: AUG 1 7 2007

_____
HON. GARY ALLEN FEESS
UNITED STATES DISTRICT COURT

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Ezra, Brutzkus & Gubner, located at 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367-4911, Telephone: (818) 827-9000, Facsimile: (818) 827-9099.

On August 14, 2007, I served the foregoing document described as **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** on the interested parties in said action, as follows:

Megan E. Gray
ROYLANCE, ABRAMS, BERDO & GOODMAN, LLP
1300 19th Street NW, Suite 600
Washington, DC 20036

☒ (By Mail) I caused such envelope with postage thereon, fully prepaid, to be placed in the United States mail. Executed on August 14, 2007, at Woodland Hills, California.

☐ (By Facsimile) I caused said document to be sent via facsimile. Executed on _____, 2007, at Woodland Hills, California.

☐ (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee. Executed _____, at Encino, California.

☐ (By Federal Express/Express Mail) I caused said document to be sent via Federal Express / Express Mail for next business day delivery. Executed on ____, 2007, at Woodland Hills, California.

☒ (Federal) Executed this 14th day of August, 2007, I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

_____
JANICE K. HENRY